AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 22 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>JULIA TERYAEVA-REED<br><br>*Defendant(s)* | )<br>)<br>) Case No. **14-0969 TJS**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 26, 2013__ in the county of __Baltimore__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 844(h)(1) | Use of Fire to Commit Wire Fraud |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Dexter Hodges, TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: April 22, 2014

_____
Judge's signature

Timothy J. Sullivan, U.S. Magistrate Judge
Printed name and title

City and state: Baltimore, Maryland

**14-0969 TJS**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant, Dexter Hodges, Task Force Officer with the United States Department of the Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), submits this affidavit in support of a criminal complaint for the following individual: **Julia TERYAEVA REED**, (W/F, Date of Birth: 01/7/1984, SSN#: 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), 1602 Riverwood Rd Essex, MD 21221.

Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint I have not included every detail of every aspect of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause. The information contained in this affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers, and other individuals. All conversations and statements described in this affidavit are related in substance and in part, unless otherwise indicated.

Based on the information herein, your affiant submits that there is probable cause that Julia **TERYAEVA-REED** has violated federal laws related to Title 18 U.S.C. § 1349 (conspiracy to commit wire fraud) and 18 U.S.C. § 844(h)(1) (use of fire to commit wire fraud).

## AFFIANTS' EXPERTISE

1. Your affiant, Task Force Officer (TFO) Dexter Hodges, of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, being duly sworn, deposes and says that he is a law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, federal felony offenses.

2. Your affiant has been a TFO with ATF for approximately 1 year, assigned to the Arson and Explosives Group I, in Baltimore, Maryland, and with the Maryland State Fire Marshal's Office, an agency within the Maryland Department of State Police, for three years, your affiant has conducted numerous state and federal arson investigations. Your affiant is a certified law enforcement officer through the Maryland Police Training Commission. Your affiant has received extensive training in the determination of the origin and cause of fires. Further, your affiant is certified as a fire investigator through the National Association of Fire Investigators (NAFI).

3. Previously, your affiant was a firefighter with Montgomery County Fire Rescue Service (MCFRS) in Rockville, MD for over eight years. While with MCFRS, your affiant also assisted in fire investigations as an Assistant State Fire Marshal. Additionally, your affiant has participated in numerous classes and seminars related to the field of fire, arson and post blast investigations.

4. The investigation detailed in this affidavit is being conducted by the ATF. The ATF is responsible for conducting investigations involving firearms trafficking, arson and explosives incidents, cigarette smuggling, investigating cases of fraud, and money laundering, all to ensure public safety.

**REVELANT FACTS**

5. On August 26, 2013, at approximately 1:55 a.m., a fire was reported at a single family residence located at 3033 Walbrook Ave Baltimore, Maryland 21216 (hereinafter the Walbrook home"). The residence is owned by Julia TERYAEVA-REED. The Walbrook home was heavily damaged and resulted in fire suppression response by the Baltimore City Fire Department. The fire scene was examined by the Baltimore City Fire Department (Fire

2

Investigation Bureau), Police Department (Criminal Investigation Division), as well as by fire investigators with Ronald Thomsen and Associates, Incorporated. All investigators believed that the area of origin of the Walbrook home fire was on the first floor in close proximity to stairs leading to the second floor and that the fire was intentionally set.

6. Simultaneous to the Walbrook home fire, multiple vehicle fires occurred at the 2700 Block of Walbrook Ave Baltimore, MD. Fire units arrived to find two vehicles, specifically a 1997 Plymouth Grand Voyager and a 1999 Cadillac Escalade, parked on the west side of the Street next to a church. Both vehicles were fully engulfed in flames. The fire extended to the church causing extensive fire damage. Baltimore City Fire Investigators determined the cause of both vehicle fires to be incendiary, that is, resulting from an individual applying an open flame to combustible materials to ignite the interior passenger compartments of both vehicles.

7. A follow-up investigation by CID revealed Julia TERYAEVA-REED is the owner of both vehicles, which were insured by GEICO. Both vehicles were a total loss. TERYAEVA-REED called a GEICO claim center in Virginia on or about September 24, 2013, in connection with her insurance claim for both vehicles.

8. The Walbrook home was determined to be a total loss by the insurance adjuster. TERYAEVA-REED reported the loss to White Pine Insurance, based in Pennsylvania, via telephone on September 5, 2013. White Pine Insurance was scheduled to pay TERYAEVA-REED $100,000 for the loss, but terminated the process after being notified by investigators of the arson determination.

9. On October 7, 2013, TFO Hodges, along with New York City Port Authority Detectives arrested TERYAEVA-REED at John F. Kennedy Airport, as she was about to board a flight to the Ukraine, her native country. Immigration records indicate that TERYAEVA-

REED is a lawful permanent resident legally present in the United States. TERYAEVA-REED was arrested on charges filed in Baltimore City related to the arson of the Walbrook home.

10. A review of flight records indicated that TERYAEVA-REED had not purchased a ticket to return from the Ukraine to the United States. Further investigation also indicated that TERYAEVA-REED had made arrangements to have her vehicle, a 2005 BMW 325i, shipped to Odessa, Ukraine.

11. On October 7, 2013, TERYAEVA-REED was advised of her rights pursuant to *Miranda*, and after knowingly, intelligently, and voluntarily waiving her rights, she stated that she knew who started the fires but refused to divulge the information. TERYAEVA-REED's explanation of her whereabouts, in sum and substance, that she was at home at the time of the fires, conflicted with information obtained during the investigation from various sources, to include cellular phone records, which indicated that TERYAEVA-REED was not at home but was in the area of 3033 Walbrook Ave., Baltimore.

12. Interviews with TERYAEVA-REED's former employees revealed that TERYAEVA-REED had staged the Walbrook home to make it appear occupied by a tenant by moving items into the residence before the fire was intentionally set to the property. Your affiant obtained information from one of TERYAEVA-REED's former employees ("CS1") who said TERYAEVA-REED directed him/her to obtain renter's insurance and pretend to be a tenant of the Walbrook home.

13. Another former employee of TERYAEVA-REED's indicated that TERYAEVA-REED had both vehicles brought to the 2700 block of Walbrook Ave. just prior to the vehicles being set on fire. This former employee indicated that the 1999 Cadillac Escalade had to be towed to that location.

**14-0969 TJS**

## CONCLUSION

14. Based upon the foregoing, I submit that there is probable cause to issue a criminal complaint and arrest warrant for **Julia TERYAEVA REED**, charging her with 18 U.S.C. § 844(h)(1) (use of fire to commit wire fraud).

_____
Dexter Hodges
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me this 22nd day of April, 2014, in Baltimore, MD.

_____
Timothy J. Sullivan
United States Magistrate Judge

5